DIMONT M. CALDWELL, Appellant, *v.* MUTUAL RESERVE FUND LIFE ASSOCIATION, Respondent.

*Caldwell* v. *Mutual Reserve Fund L. Assn.*, 53 App. Div. 245, appeal withdrawn.

(Submitted December 2, 1901; decided December 10, 1901.)

MOTION to withdraw appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1900, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial.

The motion was made upon the ground that the appeal was taken erroneously and inadvertently and that the Court of Appeals has no jurisdiction to consider the questions raised thereby.

*Herman Aaron* for motion.

*George Burnham, Jr.,* opposed.

*Per Curiam.* Motion denied, unless appellant pays to the respondent the costs and charges of keeping in force its undertaking, on appeal to the Appellate Division, from the date of the entry of the order reversing the judgment in that court to the date of the entry of an order in this court permitting the withdrawal of this appeal, together with costs and disbursements in this court to the time of such withdrawal; in which case motion granted.

In case the appellant complies with these conditions, the order, if not agreed upon by the parties, may be settled before WERNER, J., upon five days' notice.

PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ., concur.